Aji N. Abiedu (SBN CA 282794)
aabiedu@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone:     310-909-8000
Facsimile:     310-909-8001

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PAUL MCMULLEN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TARGET CORPORATION,<br><br>                    Defendant. | Case No. tba<br><br>(Honorable tba)<br><br>**NOTICE OF REMOVAL**<br><br>Courtroom:  tba<br><br>Complaint filed: 11/7/16 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

To The Clerk of the United States District Court of the Central District of California:

Defendant TARGET CORPORATION ("Target"), by and through its attorney, Aji N. Abiedu, Esq., and for its Notice of Removal pursuant to 28 U.S.C. §§ 1446, and in support thereof, states as follows:

1.     Plaintiff filed a Complaint against Target in Riverside County Superior Court, entitled *Paul McMullen v. Target Corporation* (the "State Action") on or about November 7, 2016. Copies of all process, pleadings, and orders served on Target in the State Action are attached as **Exhibit A** to this Notice of Removal.

2.     This Notice was filed with the Clerk of the United States District Court within thirty (30) days after service of the Complaint upon Target.  28 U.S.C. §1446(b).

3.     The United States District Court for the Central District of California has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges that Target

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

31687498v1 0992653

1   violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, which arises under

2   federal law.  (Cmpl. ¶¶ 18-21.)

3       4.    The United States District Court for the Central District of California is the District

4   Court for the district embracing the County of Riverside, where the State Action is currently

5   pending.  Venue is therefore proper in this district under 28 U.S.C. § 1441(a).

6       5.    Target makes no admission of liability by this Notice and expressly reserves its right

7   to raise all defenses and objections to Plaintiff's claims after the action is removed to the above

8   Court, including, without limitation, any objections to the merits and sufficiency of Plaintiff's

9   pleadings.

10       WHEREFORE, Defendant TARGET respectfully requests that this case proceed in this

11   court as an action properly removed to it.

13   DATED:   December 8, 2016        HINSHAW & CULBERTSON LLP

15           By:  /s/ Aji N. Abiedu
16           Aji N. Abiedu
        Attorneys for Defendant
        TARGET CORPORATION

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

31687498v1 0992653