Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
twheeler@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Paul McMullen,**<br><br>**Plaintiff,**<br><br>     vs.<br><br>**Target Corporation,**<br><br>**Defendant.** | Case No. **5:16-cv-02536-JFW-KK**<br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that the parties have reached a settlement in principle and are currently preparing a settlement agreement. Plaintiff, with Defendant's consent and agreement, requests that this Honorable Court vacate all pending deadlines and hearings and allow thirty (30) days within which to file dispositive documentation, including a Joint Stipulation of Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted this 9th Day of June, 2017.

By: <u>s/Todd M. Friedman</u>
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1  Filed electronically on this 9th Day of June, 2017, with:
2
3  United States District Court CM/ECF system
4  Notification sent electronically via the Court's ECF system to:
5
6  Honorable John F. Walter
   United States District Court
7  Central District of California
8
   And all Counsel of Record on the electronic service list.
9
10
11 This 9th Day of June, 2017.
12
   s/Todd M. Friedman
13 Todd M. Friedman
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28